AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN EAGLE OUTFITTERS, INC. <br> *Plaintiff* <br> v. <br> VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, and MATERCARD INTERNATIONAL INCORPORATED <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 13-1290 |

## WAIVER OF THE SERVICE OF SUMMONS

To: Richard T. Victoria, Esquire
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 8, 2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/11/13

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Mark R. Merley, Esquire
*Printed name*

Arnold & Porter, LLP
555 Twelfth Street, NW
Washington DC 20004-1206
*Address*

Mark.Merley@aporter.com
*E-mail address*

(202) 942-5321
*Telephone number*

American LegalNet, Inc.
www.FormsWorkflow.com